IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-71-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CIPRIANO DIAZ GALIANA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for a sentence reduction [D.E. 93, 97]. The response is due not later than November 30, 2017.

SO ORDERED. This 19 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge